1  JAMES K. CAMERON, ESQ. (SBN 075997)
   JAMES K. CAMERON & ASSOCIATES, A P.C.
2  17605 Tarzana Street
   Encino, California 91316
3  Telephone: (818) 380-6880
   Facsimile: (818) 817-2390
4  Email: jkcameronlaw@gmail.com

5  Attorneys for Defendants Estate of Richard C. Corrales
   and Sandra Favila, and Cross-Complainants
6  Estate of Richard C. Corrales and Motion Graphix, Inc.

7  GARY R. WALLACE (SBN 132214)
   LAW OFFICE OF GARY R. WALLACE
8  4551 Glencoe Avenue, Suite 300
   Marina del Rey, CA 90292-7925
   Tel: (310) 775-8719 • Fax: (310) 775-8775
9  Email: garyrwallace@ymail.com

10 Attorneys for Defendants Estate of Richard C.
   Corrales and Sandra Favila, and Cross-Complainant
11 Estate of Richard C. Corrales

FILED
CLERK, U.S. DISTRICT COURT
AUG 12 2013
CENTRAL DISTRICT OF CALIFORNIA
BY           DEPUTY

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOOFLY PRODUCTIONS, LLC, a California Limited Liability Company, | CV13-NO. 5866 PSWL (PJWx) |
| Plaintiff, | NOTICE OF REMOVAL |
| vs. | |
| SANDRA FAVILA, an individual; ESTATE OF RICHARD C. CORRALES; and DOES 1 through 10, inclusive, | |
| Defendants. | |

[caption continued on next page]

1
NOTICE OF REMOVAL

| | |
|---|---|
| 1<br>2<br>3 | ESTATE OF RICHARD CHARLES CORRALES, as an entity through its executrix, SANDRA CORRALES FAVILA, and MOTION GRAPHIX, INC., a California Corporation in Dissolution, |
| 4 | Cross-Complainants, |
| 5 | vs. |
| 6<br>7<br>8<br>9<br>10<br>11 | HELENA PASQUARELLA, individually and as trustee of THE KISS OF LIGHT TRUST dated August 31, 2002; MOOFLY PRODUCTIONS, LLC, a California limited liability company doing business as 3DCheeze; RALEIGH WILLIAM SOUTHER aka RALEIGH SOUTHER, individually and as trustee of THE KISS OF LIGHT TRUST dated August 31, 2002; GET FLIPPED, INC., a California corporation; THOMAS JOEL, an individual; JOEL MEDIA GROUP, INC., an Arizona corporation; and ROES 1 – 50, Inclusive, |
| 12 | Cross-Defendants. |

TO: THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA, AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

    Defendant Sandra C. Favila, individually, defendant/cross-complainant the Estate of Richard C. Corrales, through its executrix Sandra C. Favila, and cross-complainant Motion Graphix, Inc., a California Corporation in Dissolution (collectively "the removing parties"), through their attorneys of record, allege as follows:

    1.    Plaintiff Moofly Productions, LLC ("Moofly" or "Moofly Productions") is a California limited liability company with its principal place of business located in the County of Orange, State of California.

    2.    Moofly Productions commenced the within action by filing a complaint in the Superior Court for the County of Los Angeles on January 24, 2013. Moofly Productions has

subsequently filed a first amended complaint. The action is entitled <u>Moofly Productions, LLC, a California Limited Liability Company v. Sandra Favila, an individual; Estate of Richard C. Corrales; and DOES 1 through 10, inclusive</u>, and was originally given LASC Case No. 13C00217 (the Superior Court action"). The Superior Court action was subsequently transferred to the Central District (Stanley Mosk) courthouse for Los Angeles County, California and given a new case number: 13CW0217.

3. Defendant Sandra Favila aka Sandra C. Favila ("Favila") is an individual residing within the County of Los Angeles, California.

4. Defendant and Cross-Complainant the Estate of Richard C. Corrales ("Corrales Estate") through its executrix, Ms. Favila, is the probate estate of decedent Richard C. Corrales ("Corrales") pursuant to an order of the Los Angeles County Superior Court in that certain pending probate proceeding known as *In the Matter of the Estate of Richard Charles Corrales aka Richard Corrales aka Rick Corrales*, LASC Case No. BP 101622 (the "Probate Proceeding").

5. Cross-Complainant Motion Graphix, Inc. ("MGI") is a California corporation in dissolution that is engaged in a wind-up of its affairs. MGI is also the owner of certain intellectual property, including copyrights and trademarks, as further alleged herein, and has the right to bring the copyright and trademark infringement and other claims alleged herein.

6. The Corrales Estate is a 51% shareholder of MGI. As the majority shareholder of MGI, which is a closely held corporation, the Corrales Estate has the right to bring the copyright and trademark infringement and other claims alleged herein.

7. The Corrales Estate and MGI have filed a cross-complaint, amended once on August 2, 2013, in the Superior Court action (i.e., LASC Case No. 13CW0217). The first amended cross-complaint alleges, *inter alia*, causes of action under federal law, *to wit*, copyright infringement, trademark infringement and unfair competition. True and correct copies of the relevant copyright registrations are attached as exhibits to the first amended cross-complaint.

///

///

8. Both the first amended complaint and the first amended cross-complaint also allege various state law causes of action. The first amended cross-complaint includes a demand for a trial by jury.

9. Cross-Defendant Raleigh William Souther a/k/a Raleigh Souther ("Souther") is an individual and a resident of the County of Orange, State of California.

10. Cross-Defendant Helena Pasquarella ("Pasquarella") is an individual and a resident of the County of Orange, State of California. Pasquarella is the spouse of Souther.

11. Souther and Pasquarella are, on information and belief, settlors and trustees of the The Kiss of Light Trust dated August 31, 2002 ('the KOL Trust"), which they operate from their Orange County residence.

12. Cross-Defendant Get Flipped, Inc. ("GFI") is, on information and belief, a California corporation of which, at varying times, both Souther and Pasquarella are and have been officers, directors and shareholders.

13. Cross-Defendant Thomas Joel ("Joel") is an individual who, on information and belief, is a resident of the State of California, County of Sacramento.

14. Cross-Defendant Joel Media Group, Inc. ("Joel Media") is an Arizona corporation with its principal place of business in the State of California, County of Sacramento.

15. The filing of the cross-complaint in the Superior Court action caused the action to be reclassified from the limited to the unlimited jurisdiction of the Los Angeles Superior Court. As of the date of this removal, removing parties have not yet been informed as to which Superior Court department or judicial officer the Superior Court action had been reassigned. Prior to reclassification, the Superior Court action had been assigned a trial date of June 14, 2014 in Department 77 of the Superior Court. Removing parties are informed and believe that such trial date was vacated upon reclassification.

16. This Court has original jurisdiction over the copyright claims alleged in cross-complainants' first amended cross-complaint pursuant to 28 U.S.C. section 1338. This Court also has jurisdiction over the other federal claims for trademark infringement and unfair competition asserted under federal law. This Court also has pendent jurisdiction over all other

1  state law claims asserted by the parties herein. Removing parties hereby request that The Court
2  exercise its discretion to consider each of the state law claims asserted by the parties because
3  they arise out of a common nucleus of operative facts, *to wit*, they all arise from the orchestrated
4  and conspiratorial actions of the cross-defendants in attempting to transfer and convert assets
5  which either belong to the cross-complainants or which would otherwise be available as part of
6  valid judgment enforcement proceedings. These include the aforementioned copyrights and
7  trademarks subject to the infringement claims set forth in the First Amended Cross-Complaint.
8  See *United Mine Workers v. Gibbs*, 383 U.S. 715, 86 S. Ct.1130 (1966); F.R.C.P. 18.
9     17.  This action is subject to removal, and is hereby removed, to the United States
10 District Court for the Central District of California pursuant to 28 U.S.C. sections 1338, 1446
11 and 1454.
12    18.  True and correct copies of all process, pleadings and orders served upon
13 defendants in the Superior Court action are set forth in the accompanying Lodging of Pleadings
14 from Superior Court File, filed and served concurrently herewith.
15    19.  No act of Congress prohibits this removal.
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

WHEREFORE, the removing parties respectfully pray that the within action be removed to the United States District Court for the Central District of California, and that they be granted all such other and further relief, both at equity and law, to which they may be justly entitled. The removing parties further request a trial by jury as to all issues, claims and defenses for which the law provides such right.

Dated: August 12, 2013

JAMES K. CAMERON & ASSOCIATES, A PC

By: _____
James K. Cameron
Attorneys for Defendants Estate of Richard C. Corrales and Sandra Favila, and Cross-Complainants Estate of Richard C. Corrales and Motion Graphix, Inc.

Dated: August 12, 2013

LAW OFFICE OF GARY R. WALLACE

By: _____
Gary R. Wallace
Attorneys for Defendants Estate of Richard C. Corrales and Sandra Favila, and Cross Complainant Estate of Richard C. Corrales

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 17605 Tarzana Street, Encino, CA 91316.

On August 12, 2013, I served the foregoing document described as:

**NOTICE OF REMOVAL**

(X)  (BY FAX AND ELECTRONIC MAIL) Pursuant to stipulation of counsel, I caused the document to be e-mailed as a pdf file, with notice thereof faxed, to the person at the e-mail address and fax number listed below, no later than 5:00 p.m. on August 12, 2013. No error was reported by the fax machine that I used, or from the e-mail server which I utilized.

Patrick E. Smith, Esq.
112 E. Chapman Ave., Suite B
Orange, CA 92866
Fax: 714-628-0098
E-mail: patrickeugenesmith@gmail.com

I declare under penalty of perjury under the laws of the State of California and the United States that the above is true and correct.

Executed this 12th day of August, 2013, at Encino, California.

JAMES K. CAMERON

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES

This case has been assigned to District Judge ____Ronald S.W. Lew____ and the assigned Magistrate Judge is ____Patrick J. Walsh____.

The case number on all documents filed with the Court should read as follows:

### 2:13CV5866 RSWL PJWx

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge.

Clerk, U. S. District Court

August 12, 2013        By   J.Prado
Date                        Deputy Clerk

---

## NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

**Subsequent documents must be filed at the following location:**

| | | |
|---|---|---|
| [x] Western Division<br>312 N. Spring Street, G-8<br>Los Angeles, CA 90012 | [ ] Southern Division<br>411 West Fourth St., Ste 1053<br>Santa Ana, CA 92701 | [ ] Eastern Division<br>3470 Twelfth Street, Room 134<br>Riverside, CA 92501 |

**Failure to file at the proper location will result in your documents being returned to you.**

---

Name & Address:
James K. Cameron, Esq. (SB No. 75997)
James K. Cameron & Associates, a PC
17605 Tarzana Street, Encino, CA 91316-3743
(818) 380-6880 Tel/ (818) 817-2390 (Fax)
Attorneys for Defendants and Cross-Complainants

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

SEE ATTACHED CAPTION

PLAINTIFF(S)

v.

DEFENDANT(S).

CASE NUMBER

CV13- 5866 PSWL (PJW x)

SUMMONS

TO: DEFENDANT(S):

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☐ complaint ☐ _____ amended complaint ☑ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, __James K. Cameron, Esq._____, whose address is __17605 Tarzana Street, Encino, CA 91316-3743_____. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Dated: AUG 12 2013

Clerk, U.S. District Court

By: JULIE PRADO
    Deputy Clerk

(Seal of the Court)

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

CV-01A (10/11)                                           SUMMONS

| | |
|---|---|
| 1<br>2<br>3 | ESTATE OF RICHARD CHARLES CORRALES, as an entity through its executrix, SANDRA CORRALES FAVILA, and MOTION GRAPHIX, INC., a California Corporation in Dissolution, |
| 4 | Cross-Complainants, |
| 5 | vs. |
| 6<br>7<br>8<br>9<br>10<br>11 | HELENA PASQUARELLA, individually and as trustee of THE KISS OF LIGHT TRUST dated August 31, 2002; MOOFLY PRODUCTIONS, LLC, a California limited liability company doing business as 3DCheeze; RALEIGH WILLIAM SOUTHER aka RALEIGH SOUTHER, individually and as trustee of THE KISS OF LIGHT TRUST dated August 31, 2002; GET FLIPPED, INC., a California corporation; THOMAS JOEL, an individual; JOEL MEDIA GROUP, INC., an Arizona corporation; and ROES 1 – 50, Inclusive, |
| 12 | Cross-Defendants. |

2
NOTICE OF REMOVAL

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**I. (a) PLAINTIFFS** ( Check box if you are representing yourself ☐ )

Moofly Productions, LLC, original Plaintiff

Estate of Richard C. Corrales and Motion Graphix, Inc., Counterclaimants

**DEFENDANTS** ( Check box if you are representing yourself ☐ )

Sandra Favila; Estate of Richard C. Corrales; and DOES 1 - 10, inclusive, original defendants

Counterclaim Defendants are Moofly Productions, LLC; Helena Pasquarella; Raleigh W. Souther; Get Flipped, Inc.; Thomas Joel; Joel Media Group, Inc., and ROES 1-50

**(b) Attorneys** (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)
Patrick E. Smith, Esq.
112 E. Chapman Ave., Suite B, Orange, CA 92866
(714) 743-1240 ATTORNEYS FOR PLAINTIFF AND COUNTERCLAIM DEFENDANT MOOFLY PRODUCTIONS LLC ONLY

**(b) Attorneys** (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)
James K. Cameron, Esq.
James K. Cameron & Associates, a PC
17605 Tarzana Street, Encino, CA 91316-3743
(818) 380-6880 ATTORNEYS FOR ALL DEFENDANTS AND COUNTERCLAIMANTS

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

- ☐ 1. U.S. Government Plaintiff
- ☐ 2. U.S. Government Defendant
- ☒ 3. Federal Question (U.S. Government Not a Party)
- ☐ 4. Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

- ☐ 1. Original Proceeding
- ☒ 2. Removed from State Court
- ☐ 3. Remanded from Appellate Court
- ☐ 4. Reinstated or Reopened
- ☐ 5. Transferred from Another District (Specify)
- ☐ 6. Multi-District Litigation

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes ☐ No (Check "Yes" only if demanded in complaint.)

**CLASS ACTION under F.R.Cv.P. 23:** ☐ Yes ☒ No    ☒ **MONEY DEMANDED IN COMPLAINT:** $ $25k+ in Counterclaim

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
Counterclaim (Cross-Complaint in removed Superior Court action) alleges Copyright Infringement (17 USC 101 et seq.); Trademark Infringement (15 USC 1114(1) et seq.); Unfair Competition (15 USC 1125 (a); and related Fraudulent Transfer and Pendent State Court Claims

**VII. NATURE OF SUIT** (Place an X in one box only).

| OTHER STATUTES | CONTRACT | REAL PROPERTY CONT. | IMMIGRATION | PRISONER PETITIONS | PROPERTY RIGHTS |
|---|---|---|---|---|---|
| ☐ 375 False Claims Act | ☐ 110 Insurance | ☐ 240 Torts to Land | ☐ 462 Naturalization Application | **Habeas Corpus:** | ☒ 820 Copyrights |
| ☐ 400 State Reapportionment | ☐ 120 Marine | ☐ 245 Tort Product Liability | ☐ 465 Other Immigration Actions | ☐ 463 Alien Detainee | ☐ 830 Patent |
| ☐ 410 Antitrust | ☐ 130 Miller Act | ☐ 290 All Other Real Property | | ☐ 510 Motions to Vacate Sentence | ☐ 840 Trademark |
| ☐ 430 Banks and Banking | ☐ 140 Negotiable Instrument | **TORTS** | **TORTS** | ☐ 530 General | **SOCIAL SECURITY** |
| ☐ 450 Commerce/ICC Rates/Etc. | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | **PERSONAL INJURY** | **PERSONAL PROPERTY** | ☐ 535 Death Penalty | ☐ 861 HIA (1395ff) |
| ☐ 460 Deportation | | ☐ 310 Airplane | ☐ 370 Other Fraud | **Other:** | ☐ 862 Black Lung (923) |
| ☐ 470 Racketeer Influenced & Corrupt Org. | ☐ 151 Medicare Act | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 540 Mandamus/Other | ☐ 863 DIWC/DIWW (405 (g)) |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Vet.) | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 550 Civil Rights | ☐ 864 SSID Title XVI |
| ☐ 490 Cable/Sat TV | | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 555 Prison Condition | ☐ 865 RSI (405 (g)) |
| ☐ 850 Securities/Commodities/Exchange | ☐ 153 Recovery of Overpayment of Vet. Benefits | ☐ 340 Marine | **BANKRUPTCY** | ☐ 560 Civil Detainee Conditions of Confinement | **FEDERAL TAX SUITS** |
| ☐ 890 Other Statutory Actions | ☐ 160 Stockholders' Suits | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | **FORFEITURE/PENALTY** | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 891 Agricultural Acts | ☐ 190 Other Contract | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 871 IRS-Third Party 26 USC 7609 |
| ☐ 893 Environmental Matters | | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | ☐ 690 Other | |
| ☐ 895 Freedom of Info. Act | ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury | ☐ 440 Other Civil Rights | **LABOR** | |
| ☐ 896 Arbitration | ☐ 196 Franchise | ☐ 362 Personal Injury-Med Malpratice | ☐ 441 Voting | ☐ 710 Fair Labor Standards Act | |
| ☐ 899 Admin. Procedures Act/Review of Appeal of Agency Decision | **REAL PROPERTY** | ☐ 365 Personal Injury-Product Liability | ☐ 442 Employment | ☐ 720 Labor/Mgmt. Relations | |
| | ☐ 210 Land Condemnation | ☐ 367 Health Care/Pharmaceutical Personal Injury Product Liability | ☐ 443 Housing/Accomodations | ☐ 740 Railway Labor Act | |
| ☐ 950 Constitutionality of State Statutes | ☐ 220 Foreclosure | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 445 American with Disabilities-Employment | ☐ 751 Family and Medical Leave Act | |
| | ☐ 230 Rent Lease & Ejectment | | ☐ 446 American with Disabilities-Other | ☐ 790 Other Labor Litigation | |
| | | | ☐ 448 Education | ☐ 791 Employee Ret. Inc. Security Act | |

**FOR OFFICE USE ONLY:** Case Number: CV13-5866

AFTER COMPLETING PAGE 1 OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED ON PAGE 2.

CV-71 (02/13)    CIVIL COVER SHEET    Page 1 of 2

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed?   ☒ NO   ☐ YES

If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case?   ☒ NO   ☐ YES

If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:

(Check all boxes that apply)
☐ A. Arise from the same or closely related transactions, happenings, or events; or
☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.

☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles; Orange | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.

☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles, Orange | Sacramento (Counterclaim Defendant Only) |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
**NOTE: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

*Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved.

**X. SIGNATURE OF ATTORNEY (OR SELF-REPRESENTED LITIGANT):** _/s/_   DATE: August 12, 2013

Notice to Counsel/Parties: The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet).

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405 (g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |