1  Carlos F. Negrete [SBN # 134658]
   **LAW OFFICES OF CARLOS F. NEGRETE**
2  27422 Calle Arroyo
   San Juan Capistrano, CA 92675-2747
3  Telephone (949) 493-8115
   Telefax    (949) 493-8170
4
   Attorney for Plaintiff/Counter-Defendant, Moofly Productions, LLC, and Counter-
5  Defendants Helena Pasquarella, individually and as trustee of the Kiss of Light Trust),
   Raleigh Souther (individually and as trustee of the Kiss of Light Trust)
6

7

8
                    **UNITED STATES DISTRICT COURT**
9
                **FOR THE EASTERN DISTRICT OF CALIFORNIA**
10

| | |
|---|---|
| MOOFLY PRODUCTIONS, LLC, a California Limited Liability Company, | Case No. 2:13-cv-5866-RSWL-(PJWx) |
| | The Honorable Ronald S.W. Lew |
| Plaintiff, | |
| vs. | **PLAINTIFF/COUNTER-DEFENDANTS' RESPONSE IN OPPOSITION TO COUNTERCLAIMANTS' MOTION TO STRIKE ANSWER ON BEHALF OF COUNTERCLAIM DEFENDANT GET FLIPPED, INC.** |
| SANDRA FAVILA, an individual; ESTATE OF RICHARD C. CORRALES; and DOES 1 to10, Inclusive, | |
| Defendants. | |
| ESTATE OF RICHARD C. CORRALES, an entity through its executrix, Sandra Corrales Favila, and MOTION GRAPHIX, INC., a California Corporation in Dissolution, | Hearing Date:  November 19, 2013<br>Time:          10:00 a.m.<br>Courtroom:     Hon. Ronald S.W. Lew<br>               5th Floor (Ctrm. 21) |
| Counterclaimants, | |
| vs. | |
| HELENA PASQUARELLA, individually and as trustee of THE KISS OF LIGHT TRUST dates August 31, 2002; MOOFLY PRODUCTIONS, LLC, a California limited liability company doing business as 3D Cheeze; RALEIGH WILLIMA SOUTHER aka | Complaint Filed:   January 24, 2013 |

| | |
|---|---|
| RALEIGH SOUTHER, individually and as trustee of THE KISS OF LIGHT TRUST dated August 31, 2002; GET FLIPPED, INC., a California Corporation; THOMAS JOEL, an individual; JOEL MEDIA GROUP, an Arizona Corporation; and ROES 1-50, Inclusive, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Counterclaim Defendants. | )<br>) |
| _____ | ) |

NOW COMES Plaintiff/Counter-Defendant, Moofly Productions, LLC, and Counter-Defendants Helena Pasquarella, individually and as trustee of the Kiss of Light Trust, Raleigh Souther, individually and as trustee of the Kiss of Light Trust, by their attorney and for their Opposition to Defendant/Counter-Claimants' Motion to Strike Answer Filed on Behalf of Get Flipped, Inc., state as follows:

## I.  INTRODUCTION

The ownership of Get Flipped, Inc. remains uncertain based upon Defendant/Counter-Claimants' inconsistent positions as to its position throughout this litigation and the on-going litigation in state court.  In certain pleadings in the state court action and the appeal, the Estate of Richard C. Corrales contends that it is the owner of, and entitled to the corporate entity, Get Flipped, Inc.  However, in recent correspondence, Defendant/Counter-Claimants contend that it has never asserted an ownership interest in Get Flipped; however, it does assert a constructive trust over all of the assets of Get Flipped, Inc. they contend are properly owned by Motion Graphix, Inc.  Despite this serious ambiguity being brought to Defendant/Counterclaimants' attention, the issue has yet to be resolved.  As such, Plaintiff/Counter-Defendants respectfully request that this Motion to Strike the Answer as to Get Flipped, Inc. be withdrawn or continued until clarification of this ambiguity is achieved among the parties.

Furthermore, Counter-Claimant, Get Flipped, Inc. is allowed to cure its corporate

suspension at any time during the litigation without the penalty of sanctions.

## II.     ARGUMENT

### A.     At this Juncture of Litigation, It Remains Unclear Who Owns the Entity, Get Flipped, Inc.

Plaintiff/Counter-Claimants do not dispute that Get Flipped, Inc. is currently suspended; however, the issue as to damages is pending due the Court of Appeal's remand of the issue of damages. The judgment in the action titled *Estate of Richard Corrales v. Raleigh Souther, and individual and Get Flipped, Inc.*, Case No. BC 379462 improperly provided for both damages for the value of the wrongfully transferred assets as well as the imposition of a constructive trust upon those same assets. The Court of Appeal found that the Estate was not entitled to both and must elect one or the other. The issue has been fully briefed but no decision has been rendered.

In addition, the judgment provides for a constructive trust over all of the assets of Get Flipped, Inc.; therefore, the Estate owns the entirety of Get Flipped, Inc. according to the judgment. In certain pleadings in the state court action and the appeal, the Estate of Richard C. Corrales contends that it is the owner of, and entitled to the corporate entity, Get Flipped, Inc. However, in recent correspondence, Defendant/Counter-Claimants contend that the Estate has never asserted an ownership interest in Get Flipped; however, it does assert a constructive trust over all of the assets of Get Flipped, Inc. they contend are properly owned by Motion Graphix, Inc. The discrepancy as to the ownership of Get Flipped, Inc. has yet to be resolved and the ambiguity should be cleared up before there is a disposition on the instant motion to strike the Answer of Get Flipped, Inc.

### B.     A Suspended Corporation Can Cure At Any Point During Litigation Without Legal Penalty

The purpose of the California Revenue and Taxation Code in depriving

corporations of their legal privileges is to encourage delinquent corporations to pay owed taxes or to file the appropriate paperwork: "[t]he suspension statutes are not intended to be punitive." *The Cadle Co. v. World Wide Hospitality Furniture, Inc.* (2006) 144 Cal.App.4th 504, 514; see also, *Peacock Hill Assoc. v. Peacock Lagoon Constr. Co.* (1972) 8 Cal.3d 369, 371 ("There is little purpose in imposing additional penalties after the taxes have been paid.") Accordingly, all filings, discovery, judgments, and other matters in an action that occurred prior to the revival of the corporate powers are validated by the revival of those powers. *Peacock*, 8 Cal.3d at 371-374; see also, *The Traub Co. v. Coffee Break Serv., Inc.* (1972) 66 Cal.2d 368 (holding that revival of corporate powers before trial was sufficient to allow a corporation to maintain its action); *Diverco Constructors, Inc. v. Wilstein* (1970) 4 Cal.App.3d 6, 12 (holding that the discovery, motions and appearance on behalf of a corporation prior to revival of its corporate status was "not a nullity" after the corporate status had been revived.)

Furthermore, California courts have recognized that the plea that a corporation is suspended and therefore has no power to defend itself "ia a plea in abatement which is not favored in law." *The Traub Co. v. Coffee Break Serv., Inc.* (1972) 66 Cal.2d 368, 370 [citations omitted]. Accordingly, leniency is appropriate in allowing a corporation to revive its corporate powers. *The Cadle Co. v. World Wide Hospitality Furniture, Inc.* (2006) 144 Cal.App.4th 504, 512. Indeed, as long as the certificate of revivor is submitted to the Court prior to entry of judgment, it is an abuse of discretion not to decide the case on its merits. *Duncan v. Sunset Agricultural Minerals* (1969) 273 Cal.App.2d 489, 493, cited with approval in *Peacock*, 8 Cal. at 373,

**III.   CONCLUSION**

For the foregoing reasons, Plaintiff/Counter-Defendants respectfully request that the Court deny Defendant/Counter-Claimants' Motion to Strike Answer Filed on Behalf of Get Flipped, Inc. In the alternative, Plaintiff/Counter-Defendants respectfully

request that the Motion to Strike be continued until such time as the ambiguity regarding the ownership of Get Flipped, Inc. is clarified.

Respectfully Submitted,

Dated: October 29, 2013     **LAW OFFICES OF CARLOS F. NEGRETE**

//s// Carlos F. Negrete

**CARLOS F. NEGRETE**
Attorney for Plaintiff/Counter-Defendant, Moofly Productions, LLC, and Counter-Defendants Helena Pasquarella, individually and as trustee of the Kiss of Light Trust), Raleigh Souther (individually and as trustee of the Kiss of Light Trust)

# CERTIFICATE OF SERVICE

I am employed in the County of Orange, State of California.  I am over the age of 18 and not a party to the within action and my business address is 27422 Calle Arroyo, San Juan Capistrano, California 92675.

On October 29, 2013, I served the foregoing document(s) described as:

**RESPONSE IN OPPOSITION TO COUNTERCLAIMANTS' MOTION TO STRIKE ANSWER FILED ON BEHALF OF GET FLIPPED, INC.**

on the interested parties in this action by submitting a true and correct copy of the above described documents as follows

[ ]  (BY MAIL) I deposited the document by regular mail.  I am readily familiar with this office's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited, through the office's office complex postal delivery box,  with the U.S. Postal Service on the same day in a sealed envelope with postage thereon fully prepaid at San Juan Capistrano, California, in the ordinary course of business to the parties listed below.  I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after date of deposit from mailing in this declaration.

[X]  (BY ECF NOTICE) I hereby certify that I electronically filed the foregoing documents with the Clerk of the Court using the CM/ECF system which will send notification of such filing via electronic mail to all counsel of record.

I declare that I am employed in the office of a member of the bar of this court at whose direction this service was made.

**SEE ATTACHED SERVICE LIST**

Executed on October 29, 2013, at San Juan Capistrano, California. I declare under penalty of perjury under the laws of the State of California and the Untied States of America that the above is true and correct.

                                                  //s// Jennifer L. Jerzy
                                                      Jennifer L. Jerzy

OPPOSITION TO MOTION TO STRIKE ANSWER OF GET FLIPPED, INC.

Case No. 2:13-cv-5866 RSWL (PJWx)

---

## **SERVICE LIST**

James K. Cameron, Esq.
JAMES K. CAMERON &
ASSOCIATES, PC
17605 Tarzana Street
Encino, California 91316
E-mail: jkcameronlaw@gmail.com
   *Attorneys for Defendants ESTATE OF RICHARD C. CORRALES and SANDRA FAVILA, and Counterclaimants ESTATE OF RICHARD C. CORRALES and MOTION GRAPHIX, INC.*

Gary R. Wallace, Esq.
LAW OFFICE OF GARY R. WALLACE
4551 Glencoe Avenue, Suite 300
Marina Del Rey, California 90292
E-mail: garyrwallace@ymail.com
   *Attorneys for Defendants ESTATE OF RICHARD C. CORRALES and SANDRA FAVILA, and Counterclaimants ESTATE OF RICHARD C. CORRALES*