UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Moofly Productions, LLC, | ) | CV 13-5866 RSWL (PJWx) |
| Plaintiff, | ) | |
| v. | ) | **ORDER STRIKING COUNTER-DEFENDANTS AND COUNTER-CLAIMANTS THOMAS JOEL AND JOEL MEDIA GROUP, INC.'S FIRST AMENDED COUNTERCLAIM [38]** |
| Sandra Favila, an individual; Estate of Richard C. Corrales; and Does 1 through 10, inclusive, | ) | |
| Defendants. | ) | |

    On February 10, 2014, Counter-Defendants and Counter-Claimants Thomas Joel and Joel Media Group, Inc. (the "Joel Parties") filed an Amended Cross-Claim in this Action [38]. The Clerk issued a Notice of Deficiencies with respect to the Joel Parties' filing on February 12, 2014 [44].

    The Court hereby **STRIKES** the Joel Parties' Amended Cross-Claim for lacking a properly formatted party caption. Specifically, "[t]he title of the complaint

1

must name all the parties." Fed. R. Civ. P. 10(a). The Joel Parties' Amended Cross-Claim fails to do so as it fails to reference the Parties involved in the original complaint and in Counter-Claimants Estate of Richard Corrales and Motion Graphix, Inc.'s counter-complaint.

Accordingly, the Court **HEREBY ORDERS** the Joel Parties to file a corrected amended counter-complaint bearing a corrected title within **21 days** of this Order.

**IT IS SO ORDERED.**

DATED: February 14, 2014

*RONALD S.W. LEW*

**HONORABLE RONALD S.W. LEW**
Senior, U.S. District Court Judge